UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

CORY JACOBS,

   PLAINTIFF, PETIONER,

    V,                 1:22cv180

---

TO: CLERK

Need to file civil action/criminal and Tort claim

Staff of the entity of DOS/BOP has took and lost property deliberately. And intentionally, wantonly, and feloniously attempted to murder and physically harmed with injuries to the head, hands and back while in handcuffs behind the back.

## RELIEF

1. Monetary sum of $250,000.00
2. Bodycams on staff (record everytime addressed)
3. Kiosk in cell
4. Lawyer Pro-bono
5. Punish/sanction staff/entity for violating laws at federal level or state.
6. Any other relief.

## * * * DECLARATION * * *

I, CORY JACOBS, declare under penalty of perjury that all is true and correct, pursuant to 18 U.S.C.§1621

                -1-

                           P. 1 of 2.

28 U.S.C. § 1741,

EXECUTED this the 20 day of APRIL, 2022.

CORY JACOBS

P.O. Box 26036

BEAUMONT, TX

77720

# 34505-057

Please send a copy back.

-2-                    P. 2 of 2

C. JACOBS
P.O. BOX 26630
BEAUMONT, TX
77720
#34505-057

NORTH HOUSTON TX 773
26 APR 2022 PM 6 L
LEGAL

CLERK U.S. DISTRICT COURT
RECEIVED
MAY 02 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

ATTN: CLERK OF COURTS

300 WILLOW STREET, SUITE 104

BEAUMONT, TX

77701

77701-220064