IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CORY JACOBS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-180 |
| BUREAU OF PRISONS STAFF | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Cory Jacobs, an inmate confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type action[1] against unidentified Defendants Bureau of Prisons Staff.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this civil action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (doc. # 3).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED** this 15th day of August, 2022.

*Michael J. Truncale*
Michael J. Truncale
United States District Judge

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).